**David M. JOYCE, Petitioner,**

v.

**DEPARTMENT OF HOMELAND SECURITY, Respondent.**

No. 2009–3035.

United States Court of Appeals, Federal Circuit.

March 16, 2009.

David M. Joyce, Oceanside, CA, pro se.

**ORDER**

Petitioner having filed the required Statement Concerning Discrimination, and having filed the required brief, it is

ORDERED that the order of dismissal and the mandate be, and the same hereby are, VACATED and RECALLED, and the petition for review is REINSTATED.

The respondent should compute the due date for filing its brief from the date of filing of this order.

**In re ELECTRO–BRAND, INC.**

No. 2009–1207.

United States Court of Appeals, Federal Circuit.

March 17, 2009.

Robert S. Beiser, Vedder Price P.C., Chicago, IL, for Appellant.

Raymond T. Chen, Patent & Trademark Office, Arlington, VA, for Appellee.

**ORDER**

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).